IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **APPLIED RISK SERVICES, INC., A** Nebraska Corporation, | ) ) ) | CASE NO. 8:15CV110 |
| **Plaintiff,** | ) ) | |
| v. | ) ) ) | **ORDER OF RECUSAL** **REQUEST FOR REASSIGNMENT** |
| **BEEMAC DRIVER MANAGEMENT, LLC,** A Pennsylvania Limited Liability Company, | ) ) ) ) ) | |
| **Defendant.** | ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." The Plaintiff Applied Risk Services, Inc., has filed its Disclosure of Corporate Affiliations (Filing No. 12) advising that ten percent or more of its stock is owned by Berkshire Hathaway, an entity on my recusal list. Therefore, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 21st day of April, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge